UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
TRENTON DIVISION

THE INDEPENDENCE PROJECT, INC., a New Jersey Non Profit Corporation, and RONALD MOORE, Individually,

    Plaintiffs,

vs.

SAKER ENTERPRISES OF FREEHOLD, LLC, a New Jersey Limited Liability Company,

    Defendant.

Case No. 3:15-cv-08407-FLW-LHG

## STIPULATION FOR DISMISSAL WITH PREJUDICE, WITH COURT'S RETENTION OF JURISDICTION TO ENFORCE SETTLEMENT AGREEMENT

Plaintiffs and Defendant, pursuant to the Federal Rules of Civil Procedure, hereby move to dismiss this action with prejudice, a resolution of all matters in dispute having been made pursuant to a Settlement Agreement executed between the parties. The parties have stipulated in their agreement that the Court retain jurisdiction to enforce the terms and conditions of the Settlement Agreement.

Respectfully Submitted,

/s/ Asaad K. Siddiqi
Asaad K. Siddiqi, Esq. (AS9150)
Pashman SteinWalder Hayden
Court Plaza South
21 Main Street, Suite 200
Hackensack, NJ 07601
Telephone: (201) 488-8200
Facsimile: (201) 488-5556
asiddiqi@pashmanstein.com
and
John P. Fuller, *pro hac vice*
Fuller, Fuller & Associates, P.A.
12000 Biscayne Boulevard, Suite 502
North Miami, FL 33181
Telephone: (305) 891-5199
Facsimile: (305) 893-9505
jpf@fullerfuller.com
*Attorneys for the Plaintiffs*

Date: 6/28/16

Jay S. Becker, Esq.
Giordano, Halleran & Ciesla, P.C.,
125 Half Mile Rd. Suite 300
Red Bank, NJ 07701
Telephone: (732) 741-3900
jbecker@ghclaw.com
*Attorney for the Defendant*

Date: 6/28/16